## HUNTER *v.* THE STATE.

DUCKWORTH, Justice.   The verdict was authorized by the evidence.   The special grounds of the motion for new trial are without merit.

*Judgment affirmed. All the Justices concur.*

No. 15419.   APRIL 2, 1946.

582

*Robert Speer,* for plaintiff in error.

*Eugene Cook, Attorney-General, E. E. Andrews, Solicitor-General, J. R. Parham, Durwood T. Pye,* and *Daniel Duke, Assistant Attorney-General,* contra.